UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC RUELAZ,<br><br>      Plaintiff,<br><br>  v.<br><br>LEPRINO FOODS COMPANY,<br><br>      Defendant. | Case No. 1:24-cv-01017-FJS<br><br>ORDER VACATING HEARING AND<br>TAKING MOTION UNDER SUBMISSION |

On June 5, 2026, Defendant Leprino Foods Company ("Defendant") filed a motion for summary judgment. (ECF No. 30.) On June 19, 2026, Plaintiff Isaac Ruelaz ("Plaintiff") filed an opposition. (ECF No. 31.) Defendant filed a reply on June 29, 2026. (ECF No. 32.)

The court is in receipt of Defendant's motion, currently noticed for hearing on July 17, 2026, at 10:00 am before Magistrate Judge Frank J. Singer, and is evaluating the parties' papers. As such, the court ORDERS the hearing VACATED, with the matter to be taken under submission as of that date. If the court subsequently determines that oral argument is necessary, it will set a hearing by separate order. Local Rule 230(g).

IT IS SO ORDERED.

Dated:   **July 10, 2026**   _____

UNITED STATES MAGISTRATE JUDGE